# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CRIMINAL ACTION NO.<br>:   1:06-CR-417-TCB-CMS |
| OGINGA KAI EDWARDS,<br>BOP ID 58483-019,<br>    Defendant. | :<br>:<br>: |

## FINAL REPORT AND RECOMMENDATION

Federal inmate Oginga Kai Edwards has filed a "Motion Asking Court[']s Permission to File Second + Successive 2255 Vacate Sentence" [70] in which he alleges that United States Supreme Court decisions handed down since his earlier motion to vacate his sentence was denied in 2010 [68, 69] now entitle him to relief.

Because permission to file a second or successive motion must be sought and received from "a panel of the appropriate court of appeals," 28 U.S.C. § 2255(h), rather than this Court, the undersigned **RECOMMENDS** that Mr. Edwards' motion [70] be **DENIED WITHOUT PREJUDICE.**

The undersigned further **RECOMMENDS** that Mr. Edwards' accompanying "Motion to Proceed In Forma Paup[er]is" [71] be **DENIED AS MOOT**.

Finally, to the extent that this Court must grant or deny a Certificate of Appealability, the undersigned **RECOMMENDS** that a Certificate of Appealability be **DENIED** because Mr. Edwards has not demonstrated that he meets the requisite standard.  See *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (emphasis added); *see also Spencer v. United States*, 773 F.3d 1132, 1138 (11th Cir. 2014) (en banc).

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 28th day of September, 2015.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE